UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth W. Colassi</u>

               v.                            Case No. 10-cv-562-PB

<u>Hartford Life & Accident Ins. Co., et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 6, 2011, no objection having been filed.

SO ORDERED.

May 9, 2011                             <u>/s/ Paul Barbador o     </u>
                                               Paul Barbadoro
                                               United States District Judge

cc:    Kenneth W. Colassi, Pro Se