UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Kenneth William Colassi</u>

    v.                                      Case No. 10-cv-164-PB

<u>Hartford Life and Accident</u>
<u>Insurance Co., et al.</u>

**O R D E R**

    The motion to stay (Doc. No. 22) is granted in part. The matter is referred to the Magistrate Judge who shall meet with the parties and establish a new schedule for the resolution of the case. Once the new schedule is set, no further continuances will be allowed except for good cause shown.

    SO ORDERED.

                                        <u>/s/Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

September 21, 2011

cc:  Kenneth William Colassi, pro se
     Byrne J. Decker, Esq.
     Gemma M. Dreher, Esq.