UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE


**Kenneth William Colassi**

    **v.**                                    Case No. 10-cv-164-PB

**Hartford Life and Accident
Insurance Co., et al.**


**O R D E R**


The motion to stay (Doc. No. 22) is granted in part.  The matter is referred to the Magistrate Judge who shall meet with the parties and establish a new schedule for the resolution of the case.  Once the new schedule is set, no further continuances will be allowed except for good cause shown.

    SO ORDERED.


                            /s/Paul Barbadoro
                            Paul Barbadoro
                            United States District Judge

September 21, 2011

cc:  Kenneth William Colassi, pro se
     Byrne J. Decker, Esq.
     Gemma M. Dreher, Esq.