UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Kenneth William Colassi

    v.                                                          Civil No. 10-cv-562-PB

Hartford Life and Accident
Insurance Company, et al.


**O R D E R**

A pretrial conference took place on December 1, 2011. Kenneth William Colassi appeared on his own behalf; Attorney Byrne J. Decker appeared for defendants.

The court's previous discovery order contained a schedule that was consistent with Local Rule 9.4.  The court concludes that requiring the parties to file a joint statement of material facts is neither sensible nor efficient in this case. Accordingly, and, as explained during the hearing, the court's previous discovery order is vacated, and the court issues the following new discovery order:

    1.  Defendants shall serve and file a motion for judgment on the administrative record and a supporting memorandum ("Defendants' Brief") on or before January 6, 2012.

Defendants shall include in its memorandum a statement of material facts which shall contain record citations, summarize all procedural developments, and describe all facts defendants view as pertinent to the resolution of the case.  Defendants' Brief shall not exceed thirty-five (35) pages in length.

    2.  Plaintiff shall serve and file a motion for judgment on the administrative record and a supporting memorandum ("Plaintiff's Brief") on or before February 6, 2012.  Plaintiff shall include in his memorandum a statement of material facts which shall contain record citations, summarize all procedural developments, and describe all facts plaintiff views as pertinent to the resolution of the case.  Plaintiff's Brief shall not exceed thirty-five (35) pages in length.

    3.  Defendants may file a reply memorandum pursuant to LR 7.1(e)(1).  The reply memorandum shall not exceed ten (10) pages in length.

    4.  In the event defendants file a reply memorandum, plaintiff shall be permitted to file a surreply.  Any such surreply shall be filed within fourteen (14) days of the service

of defendants' reply.  The surreply shall not exceed ten (10) pages in length.

    SO ORDERED.

                                              _____
                                              Landya McCafferty
                                              United States Magistrate Judge

December 7, 2011

cc:   Kenneth William Colassi, pro se
       Byrne J. Decker, Esq.