UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth William Colassi</u>

   v.                                         Civil No. 10-cv-562-PB

<u>Hartford Life and Accident</u>
<u>Insurance Company, et al.</u>

**NOTICE OF RULING**

    Re:  Document No. 43, Motion to Amend Administrative Record; Document No. 48, Motion to Amend Addendum

    Ruling: Denied for the reasons set forth in the court's December 7, 2011, order (doc. no. 29) and defendant's response to the instant motions (doc. no. 54).  Colassi seeks, again, to add documents to the administrative record that were created after the filing of this action.  The motion is untimely pursuant to Local Rule 9.4.  Further, the documents Colassi seeks to admit were created after the final administrative decision at issue in this case, and are thus not properly considered by the court in its review of that decision.  <u>See Orndorf v. Paul Revere Life Ins. Co.</u>, 404 F.3d 510, 519 (1st Cir. 2005).

    SO ORDERED.

                                                      _____
                                                      Landya McCafferty
                                                      United States Magistrate Judge

Date: April 6, 2012

cc: Kenneth William Colassi, pro se
    Byrne J. Decker, Esq.
    John C. Kissinger, Esq.